UNITED STATES DISTRICT COURT
FILED
JAN 30 2026
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Revised 05/01 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

Rachel Eckert
(Name of Plaintiff or Petitioner)

v.

Carolette Meadows et al
(Name of Defendant(s) or Respondent(s))

**MOTION TO PROCEED *IN FORMA PAUPERIS* AND SUPPORTING AFFIRMATION**

________-CV-________

26 CV 182

I, Rachel Eckert, *(print or type your name)* am the plaintiff/petitioner in the above-entitled case and hereby request the Court's permission to proceed *in forma pauperis.*

In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of this action or to give security therefor and that I believe I am entitled to redress.

**I further declare that the responses which I have made in this affirmation below are true.**

1. Are you presently employed? Yes [X] No [ ]
   My Employer's Name and Address is: I am currently on short-term disability since January 05, 2026 due to mental health
   My **Gross** Monthly Wages are: $________
   If you are not presently employed, state
   Your Last Date of Employment: ________
   Your Gross Monthly Wages at that time: ________
   Is your spouse presently employed? Yes [ ] No [ ]
   My Spouse's Employer's Name and Address is: ________
   My Spouse's **Gross** Monthly Wages are $________

2. Have you received **any money** from any of the following sources within the past twelve months:
   **a.** Business, profession or self-employment? Yes [X] No [ ]
   If yes, state **source** and **amount received** per month $ self-emplayment 800/m
   b. Rent payments, interest or dividends? Yes [ ] No [X]
   If yes, state **source** and **amount received** per month $________
   c. Pensions, annuities, disability, or life insurance payments? Yes [ ] No [X]
   If yes, state **source** and **amount received** per month $________
   d. Gifts or inheritances? Yes [ ] No [X]
   If yes, state **source** and **amount** received per month $________
   e. Child Support? Yes [X] No [ ]
   If yes, state **amount received** each month $ 840/ month
   f. Government Benefits (Social Security, SSI, Welfare, AFDC, Veterans, etc.)? Yes [X] No [ ]
   If yes, state **source** and **amount received** per month $ WIC / HEAP / day care ass.
   g. Friends, Relatives or any other source? Yes [ ] No [X]
   If yes, state **source** and **amount received** per month $________
   If you have **not** received any money from any of the above sources, please explain how you are currently paying your expenses: ________

3. What is your total gross monthly income today: $ 840, waiting on STD to kick in

4. How much **cash** do you have on hand? $________

5. How much money do you have in a **checking account**(s)? $ 264.00

6. How much money do you have in a **savings account**(s)? $______

7. If you are an inmate of a correctional facility, state the amount of funds in your inmate account (**NOTE:** prisoners must have inmate account balances certified by an authorized official of the correctional facility and must include a signed Authorization for payment of the filing fee): ______

8. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes [X] No [ ]
If so, **describe** the property in detail and give an **estimated value** of the property: 2nn Barnard St. Buff. NY 14206 ~ 115,000 2016 Honda MDX ~ 14,000 (loan)
If you own property, are you paying off a **loan** or **mortgage** on it? Yes [X] No [ ]
If yes where are you obtaining the money to make such payments: Work, Child Support

9. If you are not an inmate, state your **total monthly household expenses:**
Rent or mortgage $______ Food $______ Utilities $______ All other expenses $______
If your monthly expenses exceed the amount of income you listed in # 3 above, please explain how you are paying your expenses ______

10. List **all** of the people who are in your household and state the amount of money each one contributes to household expenses each month: Rachel Eckert
Jordan Greene - $200/month
Phoebe Greene $0
Brea-Serene Collins $0

11. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: Jordan Greene - Son 80%
Phoebe Greene - daughter 100%
Brea-Serene Collins - daughter 100%

12. Have you been adjudicated bankrupt within the past ten (10) years? Yes [ ] No [X]
If the answer is yes, please include the court and date of filing ______

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on January 30, 2026 (Date) Rachel Eckert (Applicant's Signature)

## PRISON CERTIFICATION SECTION

**(Required for Prisoner Requests Only; Prisoner Requests Must Have This Section Completed By Prison Official)**

**I certify** that the movant has the sum of $______ on account to his/her credit at the ______ Correctional Facility where s/he is currently confined.

**I further certify** that the movant has the following securities to his/her credit according to the institution's records: ______.

**I further certify** that the movant's average account balance was $______ during the last six months.

______
Signature of Authorized Officer of Institution

______
Print Name of Authorized Officer of Institution