UNITED STATES DISTRICT COURT
FILED
JAN 30 2026
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
--------------------------------------------------X
RACHEL ECKERT,

Plaintiff,

v.

Case No. 26 CV 182

CAROLETTE MEADOWS;

ERIE COUNTY;
MONROE COUNTY;

ERIE COUNTY CLERK'S OFFICE;
MONROE COUNTY CLERK'S OFFICE;

CITY OF BUFFALO;
BUFFALO POLICE DEPARTMENT;

JOHN DOE ERIE COUNTY CLERKS 1;
JOHN/JANE DOE MONROE COUNTY CLERKS 1–2;

JOHN/JANE DOE JUDICIAL ADMINISTRATORS;

NEW YORK STATE UNIFIED COURT SYSTEM; and
INDIVIDUAL JUDICIAL DEFENDANTS,
SOLELY IN THEIR OFFICIAL CAPACITIES
FOR DECLARATORY AND PROSPECTIVE
INJUNCTIVE RELIEF FOR NON-JUDICIAL,
ADMINISTRATIVE, AND ULTRA VIRES ACTS,

Defendants.
--------------------------------------------------X

**PLAINTIFF'S IMMEDIATE REQUEST FOR REASONABLE ACCOMMODATIONS**
PURSUANT TO THE AMERICANS WITH DISABILITIES ACT AND THE
REHABILITATION ACT

Plaintiff Rachel Eckert respectfully requests reasonable accommodations to ensure meaningful access to the Court, pursuant to the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq., and Section 504 of the Rehabilitation Act.

auditory processing, stress tolerance, and cognitive stamina, particularly during high-pressure litigation and emergency proceedings.

Plaintiff requests the following reasonable and commonly provided accommodations, effective immediately:

## REQUESTED ADA ACCOMMODATIONS

### 1. CART / Real-Time Transcription Services

Provision of CART (Communication Access Realtime Translation) or equivalent real-time transcription services for all hearings, conferences, and oral proceedings, whether held in person or remotely.

### 2. Judicial Notice in Lieu of Redundant Exhibits

Acceptance of judicial notice of publicly available court records, dockets, orders, and administrative filings referenced by citation (e.g., NYSCEF docket numbers, case captions, dates), without requiring repetitive attachment of voluminous public records.

### 3. Case Manager / Clerk Point-of-Contact

Assignment of a case manager, ADA coordinator, or designated Clerk's Office point-of-contact to assist with procedural logistics, scheduling, filing requirements, and docket navigation.

### 4. Reasonable Flexibility With Filings

Reasonable accommodations in filing requirements, including:

- modest extensions when necessary,
- permission to file concise supplements rather than re-filing full document sets,
- flexibility with page limits where appropriate.

### 5. Clear Written Orders

Issuance of clear written orders resolving motions and requests, including grants or denials, to preserve appellate rights and reduce cognitive burden caused by ambiguity.

### 6. Remote Appearance When Available

Permission to appear remotely (e.g., via Zoom or telephone) for conferences or hearings when feasible, to mitigate medical and cognitive strain.

---

**7. Plain-Language Scheduling Notices**

Where practicable, provision of scheduling and procedural notices in clear, written form, with sufficient advance notice to allow compliance given Plaintiff's medical limitations.

## NECESSITY AND REASONABLENESS

These accommodations are:

- Narrowly tailored
- Non-burdensome
- Consistent with accommodations routinely provided in federal court
- Necessary to ensure equal access, not to obtain advantage

Plaintiff does not seek any accommodation that would prejudice Defendants or alter substantive standards.

## REQUEST FOR PROMPT CONSIDERATION

Because this action involves ongoing constitutional violations, retaliation, and emergency injunctive relief, Plaintiff respectfully requests **prompt consideration** of this ADA accommodation request.

Plaintiff is prepared to provide additional information if required but respectfully requests interim accommodations pending any further review.

Respectfully submitted,

Rachel Eckert

Rachel Eckert
Plaintiff, pro se
277 Barnard St.
Buffalo, NY 14206

January 30, 2026
Erie County