UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

RACHEL ECKERT,

Plaintiff,

v.

CAROLETTE MEADOWS et al.,

Defendants.

26-CV-182-LJV
ORDER

For more than five years, the pro se plaintiff, Rachel Eckert, and her neighbor, defendant Carolette Meadows, have been embroiled in a bitter dispute that began with a disagreement over a pipe. *See Eckert v. City of Buffalo*, 2025 WL 2836547, at *3-8 (W.D.N.Y. Oct. 6, 2025) (describing history of feud between Eckert and Meadows). Following that initial disagreement, Eckert and Meadows have filed a sprawling "series of state and federal lawsuits . . . against the other as well as [against] various government actors who [in] one way or another became embroiled in the dispute." *Id.* at *1.

A few weeks ago, Eckert commenced yet another action—this one against Meadows and more than a dozen other defendants, Docket Item 1—and since then she already has filed an amended complaint, Docket Item 5. In addition to those two pleadings, she has filed an "emergency" motion for a preliminary injunction and temporary restraining order, Docket Item 3; a motion for reasonable accommodations, Docket Item 4; and an amended "emergency" motion for a preliminary injunction and temporary restraining order, Docket Item 6.

Eckert also has moved to proceed in forma pauperis—that is, as a person who should have the prepayment of the ordinary filing fee waived because she cannot afford it. Docket Item 2. As explained below, however, Eckert has not provided sufficient information for the Court to determine whether she meets the statutory requirements to proceed in forma pauperis under 28 U.S.C. § 1915(e)(2).

## DISCUSSION

A party commencing a civil action in this Court ordinarily must pay a $350.00 filing fee as well as a $55.00 administrative fee. See 28 U.S.C. § 1914; Judicial Conference Schedule of Fees, District Court Miscellaneous Fee Schedule;[1] Western District of New York, District Court Schedule of Fees.[2] If a plaintiff instead wishes to proceed in forma pauperis, the plaintiff must submit an affidavit or affirmation detailing his or her assets and liabilities and swearing under oath that he or she is unable to pay the filing fee. See 28 U.S.C. § 1915(a)(1). The United States District Court for the Western District of New York has made available a form motion to proceed in forma pauperis with a supporting affirmation that is designed to help pro se litigants comply with 28 U.S.C. § 1915(a)(1).[3]

---

[1] Available at http://www.uscourts.gov/services-forms/fees/district-courtmiscellaneous-fee-schedule.

[2] Available at http://www.nywd.uscourts.gov/fee-schedule.

[3] The Clerk of the Court shall mail Eckert a form motion to proceed in forma pauperis with supporting affirmation. The form is available at http://www.nywd.uscourts.gov/pro-se-forms.

"Whether to grant a motion for *in forma pauperis* status is a matter within the [c]ourt's discretion." *Davis v. NYS Dep't of Labor*, 2021 WL 9455716, at * 1 (W.D.N.Y. June 28, 2021) (citing *Potnick v. E. State Hosp.*, 701 F.2d 243, 244 (2d Cir. 1983)). In exercising that discretion, "the district court must determine whether the burden of paying the fees for filing and service would either hamper the petitioner's ability to obtain the necessities of life or force [her] to abandon the action." *See Singer v. Cuscovitch*, 2007 WL 1810085, at *1 (D. Conn. May 14, 2007) (citing *Adkins v. E.I. Dupont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948)). Accordingly, a district court may deny an application to proceed in forma pauperis when the application is incomplete. *See Basta v. Comm'r of Soc. Sec.*, 2021 WL 1108667, at *1-2 (E.D.N.Y. Mar. 23, 2021) (denying application to proceed in forma pauperis that was "incomplete and raise[d] more questions than . . . answers")

Eckert's motion to proceed in forma pauperis does not provide the Court with the information it needs to "determine whether the burden of paying the fees for filing and service would either hamper [her] ability to obtain the necessities of life or force [her] to abandon the action." *See Singer*, 2007 WL 1810085, at *1. More specifically, Eckert has submitted this Court's form motion to proceed in forma pauperis, but that application is incomplete. *See* Docket Item 2 at 2.[4] For example, Eckert did not answer the question asking about her monthly household expenses. *See id*. (question 9). Nor did she answer the questions asking for her cash on hand, *see id*. (question 4), and how much money she has in a checking account, *see id.* (question 6).

[4] Page numbers in docket citations refer to ECF pagination.

Without those answers, the Court cannot evaluate her motion to proceed in forma pauperis. Therefore, if Eckert wishes to proceed with this action, she must either provide a complete motion to proceed in forma pauperis or pay the requisite fees.

If Eckert submits a complete motion to proceed in forma pauperis or pays the requisite fees, the Court will decide her other pending motions by separate order. If she does not, this case will be dismissed without prejudice.

## CONCLUSION

Based on the above, it is hereby

ORDERED that the Clerk of the Court shall send Eckert a copy of this order and a form motion to proceed in forma pauperis with supporting affirmation; and it is further

ORDERED that no later than **30 days from the date of this order**, Eckert may submit either (a) a complete motion to proceed in forma pauperis or (b) the $350.00 filing fee and the $55.00 administrative fee ($405.00 total); and it is further

ORDERED that if Eckert does not submit either a complete motion to proceed in forma pauperis or the $350.00 filing fee and the $55.00 administrative fee ($405.00 total), this action will be dismissed without prejudice and the Clerk of the Court shall close the case without further order.

SO ORDERED.

Dated: February 23, 2026
Buffalo, New York

*/s/ Lawrence J. Vilardo*
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE