UNITED STATES DISTRICT COURT FILED MAR 17 2026 ANDREW W. MOELLER, CLERK WESTERN DISTRICT OF NY

Revised 05/01 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

Rachel Eckert
(Name of Plaintiff or Petitioner)

v.

Carolette Meadows, et al
(Name of Defendant(s) or Respondent(s))

**MOTION TO PROCEED *IN FORMA PAUPERIS* AND SUPPORTING AFFIRMATION**

1:26-CV-00182

I, Rachel Eckert, *(print or type your name)* am the plaintiff/petitioner in the above-entitled case and hereby request the Court's permission to proceed *in forma pauperis*.

In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of this action or to give security therefor and that I believe I am entitled to redress.

**I further declare that the responses which I have made in this affirmation below are true.**

1. Are you presently employed? Yes [X] No [ ]
   My Employer's Name and Address is: Confidential due to harrassment + defamation campaign ongoing for 5 years
   My **Gross** Monthly Wages are: $ 2,250.00
   If you are not presently employed, state
   Your Last Date of Employment: ______
   Your Gross Monthly Wages at that time: ______
   Is your spouse presently employed? Yes [ ] No [ ]
   My Spouse's Employer's Name and Address is: ______
   My Spouse's **Gross** Monthly Wages are $______

2. Have you received **any money** from any of the following sources within the past twelve months:
   **a.** Business, profession or self-employment? Yes [X] No [ ]
   If yes, state **source** and **amount received** per month $ 500/month (Feb, March) out of work in January
   b. Rent payments, interest or dividends? Yes [X] No [ ]
   If yes, state **source** and **amount received** per month $ 240/month towards monthly exp.
   c. Pensions, annuities, disability, or life insurance payments? Yes [ ] No [X]
   If yes, state **source** and **amount received** per month $______
   d. Gifts or inheritances? Yes [ ] No [X]
   If yes, state **source** and **amount** received per month $______
   e. Child Support? Yes [X] No [ ]
   If yes, state **amount received** each month $ 640/month
   f. Government Benefits (Social Security, SSI, Welfare, AFDC, Veterans, etc.)? Yes [X] No [X]
   If yes, state **source** and **amount received** per month $ daycare assistance, WIC, HEAP
   g. Friends, Relatives or any other source? Yes [ ] No [X]
   If yes, state **source** and **amount received** per month $______
   If you have **not** received any money from any of the above sources, please explain how you are currently paying your expenses:
   ______

3. What is your total gross monthly income today: $ 3,630.00 (-277.70 FICA TAXES) 3352.30 net

4. How much **cash** do you have on hand? $ 0

5. How much money do you have in a **checking account**(s)? $ -173.28 overdrawn

6. How much money do you have in a **savings account**(s)? $ 0

7. If you are an inmate of a correctional facility, state the amount of funds in your inmate account (**NOTE**: prisoners must have inmate account balances certified by an authorized official of the correctional facility and must include a signed Authorization for payment of the filing fee): N/A

8. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes [X] No [ ]
If so, **describe** the property in detail and give an **estimated value** of the property: 211 Barnard St Buff. NY 14206 single-family home ~$85,000 value
If you own property, are you paying off a **loan** or **mortgage** on it? Yes [X] No [ ]
If yes where are you obtaining the money to make such payments: from work

9. If you are not an inmate, state your **total monthly household expenses**: March not paid yet
Rent or mortgage $1000.00 Food $750.00 Utilities $520.00 All other expenses $1,512.00
If your monthly expenses exceed the amount of income you listed in # 3 above, please explain how you are paying your expenses
vehicle - $436/month BUKA loan - $60/month
I am living off of credit cards which are maxed out almost, minimum monthly credit card $390/month
household commodities - $40/month baby clothes, diapers - $80/month

10. List **all** of the people who are in your household and state the amount of money each one contributes to household expenses each month: Rachel Zokert - self $3,000/month
Jordan Greene - son $240/month
Phoebe Greene - daughter $0/month
Rhea-Selene Collins - daughter $0/month

11. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: Jordan Greene - son 80% support
Phoebe Greene - daughter 100% support
Rhea-Selene Collins - daughter 100% support

12. Have you been adjudicated bankrupt within the past ten (10) years? Yes [ ] No [X]
If the answer is yes, please include the court and date of filing

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 3/11/2026 (Date) Rachel Zokert (Applicant's Signature)

There are 5 attachments submitted w/ Request

## PRISON CERTIFICATION SECTION

**(Required for Prisoner Requests Only; Prisoner Requests Must Have This Section Completed By Prison Official)**

**I certify** that the movant has the sum of $_____ on account to his/her credit at the _____ Correctional Facility where s/he is currently confined.
**I further certify** that the movant has the following securities to his/her credit according to the institution's records: _____.

**I further certify** that the movant's average account balance was $_____ during the last six months.

Signature of Authorized Officer of Institution

Print Name of Authorized Officer of Institution

PO Box 371835
Pittsburgh PA 15250-7835

**National Fuel**®

2602

online at nationalfuel.com

Amount Due
$140.00

RACHEL M ECKERT
277 BARNARD ST
BUFFALO NY 14206

Please pay by **March 12, 2026** to avoid a 1.5% late payment charge.
Please donate to the Neighbor-For-Neighbor Heat Fund by adding $1, $2, or $5 to your payment.

Account Number [redacted]

Return this stub if paying by mail. To pay online go to nationalfuel.com.

[redacted]0000000000014000000014000002

*B-34-GZJ-WM-06283

09-MA RACHEL M ECKERT
277 BARNARD ST
BUFFALO NY 14206

View Current Bill Inserts

View Your Rights & Responsibilities

---

**National Fuel**®

**FOR EMERGENCIES CALL: 1-800-444-3130**

**For questions or service call National Fuel: (716) 686-6123 7:00am to 6:00pm Mon-Fri**

Please pay by **March 12, 2026** to avoid a 1.5% late payment charge.

Account Number: [redacted]
Service Address: **277 BARNARD ST**
Name: **RACHEL M ECKERT**
Service Classification: **10-SC02 - EAP TIER 1 SALES**

## General Information

Your Natural Gas Delivery Company is:
NATIONAL FUEL GAS DISTRIBUTION CORPORATION
409 MAIN ST
BUFFALO NY 14203
Office Hours: Monday-Friday 8:15am to 4:30pm
NATIONALFUEL.COM

Your Natural Gas Supplier is:
NATIONAL FUEL GAS DISTRIBUTION CORPORATION
409 MAIN ST
BUFFALO NY 14203
NATIONALFUEL.COM

## Account Summary as of February 16, 2026

**(Complete detail of Current Month Charges on reverse side)**

| | |
|---|---|
| Last Month's Ending Balance | 900.42 |
| Payments Received Since Last Bill | 0.00 |
| Balance Remaining | 900.42 |
| National Fuel Budget Plan Monthly Payment Amount | 130.00 |
| **Total Account Balance** | **1,030.42** |

## Payment Agreement Information

| | |
|---|---|
| National Fuel Budget Plan Monthly Payment Amount | 130.00 |
| Payment Agreement Installment | 10.00 |
| Amount Due on Agreement | 140.00 |

## Budget Plan Summary

| | | |
|---|---|---|
| National Fuel | | |
| Plan year ends: Dec 2026 | | |
| Current Month Charges: | 271.04 | |
| Budget Plan Deduct: | -141.04 | |
| Monthly Budget Plan Amount: | 130.00 | |
| Actual Charges Year to Date: | | 522.25 |
| Budget Billed Year to Date: | | 260.00 |
| Plan Difference Year to Date: | | 262.25 |

### Usage History




Daily Average Temperature this period: This year 15° Last year 24°

## Gas Usage

| Meter No. | Present Read Date | Present Read | Present Read Type | Prev. Read Date | Prev. Read | Prev. Read Type | Additional CCF | Total Meter CCF |
|---|---|---|---|---|---|---|---|---|
| 41884950 | 02/13/2026 | 8686 | COMPANY | 01/14/2026 | 8411 | **ESTIMATED** | 0 | 275 |

Total Consumption (ccf) for 30 days 275
12 Month Total Usage 1474 ccf
12 Month Average 122 ccf
Next Meter Read on or about 04/14/2026

$140 Paid 3/10/26
Balance: $890.42

Please see other side for more information

NBLW

nationalgrid

SERVICE FOR
RACHEL M ECKERT
277 BARNARD ST
BUFFALO NY 14206

BILLING PERIOD
Dec 5, 2025 to Jan 8, 2026



| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| [redacted] | Mar 8, 2026 | $ 509.54 |

www.nationalgridus.com

CUSTOMER SERVICE
**1-800-642-4272**

GAS EMERGENCIES
**1-800-892-2345**
*(Does not replace 911 emergency medical service)*

OUTAGE AND ELECTRIC EMERGENCIES
**1-800-867-5222**

CORRESPONDENCE ADDRESS
**300 Erie Blvd West**
**Syracuse, NY 13202**

DATE BILL ISSUED
**Feb 12, 2026**

## ACCOUNT BALANCE

| | |
|---|---|
| Previous Balance | 445.90 |
| Payment Received on JAN 2 (*ACH*) | - 90.00 |
| **Balance Forward** | **355.90** |
| Current Charges | + 153.64 |
| **Amount Due ▶** | **$ 509.54** |

*To avoid late payment charges of 1.5%, $ 509.54 must be received by Mar 8 2026.*

## SUMMARY OF CURRENT CHARGES

| | DELIVERY SERVICES | SUPPLY SERVICES | OTHER CHARGES/ ADJUSTMENTS | TOTAL |
|---|---|---|---|---|
| Electric Service | 51.79 | 96.97 | | 148.76 |
| Other Charges/Adjustments | | | 4.88 | 4.88 |
| **Total Current Charges** | **$ 51.79** | **$ 96.97** | **$ 4.88** | **$ 153.64** |

Utility Worker Safety Reminder: State laws are in place to help protect utility workers while they are performing their job duties. Causing physical injury to, or assaulting, a utility worker is punishable by law, and penalties include potential jail time.

If you're concerned about paying your bill, we offer programs and services that can help. Visit https://ngrid.com/hereforyou to learn more.

★ **WILL WE BE ABLE TO REACH YOU DURING A POWER OUTAGE?:** During a power outage, phones with a direct link to a local phone line are able to operate. Phones that are **not** directly linked (for example, wireless phones with answering machines) need electricity to make/receive calls. If you would like to register another phone number, such as a cell phone, as your account's primary phone number, please go to www.nationalgrid.com/myaccount to update your information so that we may be able to reach you with important information during power outages.

$90 paid ACH 3/10/26
Balance: $419.54

**ELECTRIC USAGE HISTORY (kWh)**




| Daily Averages | Jan 25 | Jan 26 |
|---|---|---|
| kWh | 15.9 | 23.8 |
| Cost | $ 2.50 | |

■ Actual ☐ Estimated

KEEP THIS PORTION FOR YOUR RECORDS.

RETURN THIS PORTION WITH YOUR PAYMENT.

nationalgrid

300 Erie Blvd West
Syracuse NY 13202-0960

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| [redacted] | **Mar 8, 2026** | **$ 509.54** |

ENTER AMOUNT ENCLOSED
$

*Write account number on check and make payable to National Grid*

RACHEL M ECKERT
277 BARNARD ST
BUFFALO NY 14206-3212

070484

NATIONAL GRID
PO BOX 371376
PITTSBURGH PA 15250-7376

000015364 8366320174300005095406 7

PO BOX 18
Buffalo, NY 14240-0018
716-847-1065

| THANK YOU FOR YOUR BUSINESS | |
|---|---|
| Account Number | [redacted] |
| Name | RACHEL ECKERT |
| Service Address | 277 BARNARD |
| Bill Date | 12/24/2025 |
| Bill Period | 09/19/2025 - 12/19/2025 |
| Date of Last Payment | |
| Amount of Last Payment | $0.00 |

**GO GREEN** Receive your bill via E-Mail / Visit www.BuffaloWater.org or call 716-847-1065 for details

**PAYMENT MADE EASY**

On-Line: www.BuffaloWater.org
Phone-in: (716) 847-1065
Mail: PO Box 18, Buffalo, NY 14240-0018

**FOR CUSTOMER SERVICE CALL**

Regurlar Business Hours
Monday to Friday 8:30AM - 4:00PM
Water Emergencies 24/7
(716) 847-1065

pd $150.00 3/10/26
balance: $355.27

**METER READING**

| PRIOR READING | CURRENT READING | USAGE |
|---|---|---|
| 24,771.31 | 25,781.91 | 1,011 |
| **BILL TYPE** | **METER SIZE** | **SERIAL NUMBER** |
| Quarterly | 5/8" X 3/4" | 1564685994 |
| **CHARGES** | **WATER** | **SEWER** |
| WATER QTRLY METER | $90.59 | |
| RES METERED DISCOUNT | | |
| BSA RES METERED DISC | | |
| SEWER QTRLY | | $70.35 |
| QUARTERLY IS | | |
| **TOTALS** | $90.59 | ($48.00) |

| | |
|---|---|
| Current Water and Sewer | $505.27 |
| Previous Balance | $310.77 |
| Total Amount Due | $505.27 |
| Due Date | 1/23/2026 |

To avoid interest charges pay Total Amount Due on or before Due Date

SPECIAL MESSAGES

Detach and return remittance portion with your payment in envelope provided

Buffalo Water Board
281 Exchange Street
Buffalo, NY 14204
716-847-1065

| Please write your account number on your check or money order | |
|---|---|
| Account Number | [redacted] |
| Service Address | 277 BARNARD |
| Due Date | 1/23/2026 |
| Amount Enclosed | |

12:17 5G 32

# TOTAL CHECKING (...[redacted]

−$173.28

Available balance

⚠ Your account is overdrawn, but you may be able to take action to avoid overdraft fees.

Other transactions may affect your account, so check your balance regularly.

Go to Chase Overdraft Assist℠ >

## Account details

| | |
|---|---|
| Available balance | −$173.28 ⓘ |
| Present balance | −$173.28 ⓘ |

Show details ∨

Pay Transfer More

**Manage account** >

Access tools & services for your account

**See all transactions** >

AFFIRM.COM PAYME AFFIRM.COM ST-W5S3P9J9A5O5 WEB ID: 4270465600 -$23.40 >
Mar 16, 2026
−$173.28

Bill Details - BuffaloNYBillPay

payments.mobilgov.com/service/buffalo_ny_user_fees/account/b4661cd8-91d6-4643-9fbd-06163683d03f/bill/d3d06d9d-4761-4175-adae-46e264c435ef

BUFFALONY BILLPAY ONLINE CITY PAYMENTS

Home Services

reck0625@outlook.com

Home / User Fees / 277 BARNARD / Available Bills / Bill Details

# Bill Details

Bill ID
09731400

Due Date
Feb 15, 2026

Bill Status
OVERDUE

Total
$540.19

## Bill Details

**Account Details**

| | |
|---|---|
| **Service Address** | **277 BARNARD** |
| Account Number | 09731400 |
| Owner Name | ECKERT RACHEL |
| Council District | LOVEJOY |
| Large Tote Count | 1 |
| Medium Tote Count | - |
| Small Tote Count | - |

**Billing Details**

| | |
|---|---|
| **Quarterly Amount Due (including arrears)** | **$540.19** |
| Quarterly Due Date | Feb 15, 2026 |
| Remaining Annual Balance | $612.69 |

## Payments

*You have no payments.*

## Payment Information

Due Date Feb 15, 2026

**Total** **$540.19**

Select Payment Amount

(•) Quarterly Amount $540.19

( ) Custom Amount

**Add $540.19 to Cart**

**Bill Actions**

Manage AutoPay

pd $150.00 3/10/26
Balance: $390.19